IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FIDELITY AND DEPOSIT COMPANY )
OF MARYLAND, )
 )
    Plaintiff, )
 )
v. )
 )
CHARLES HALL and LAHAI ROI, ) CASE NO. CV413-236
LLC, )
 )
    Defendants. )

## O R D E R

Before the Court is the parties' Consent Motion to Stay Case. (Doc. 21.) The parties have informed the Court that they have reached a settlement agreement that requires a stay of this action. (Id.) The parties have indicated they believe the settlement agreement will resolve all matters present in this action within 120 days of this order staying the case. (Id.) After careful consideration, the motion is **GRANTED**. The Clerk of Court is **DIRECTED** to stay this case for 120 days. Should the parties fail to settle this case in that time, the parties are **DIRECTED** to notify the Court of the status of this case following the conclusion of the stay.

SO ORDERED this 21st day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA